**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA** **PLAINTIFF**

**v.** **Case No. 4:21-cr-00038 KGB**

**MARTIN BLAKE SKARDA** **DEFENDANT**

**FINAL ORDER OF FORFEITURE**

Before the Court is the United States' motion for final order of forfeiture (Dkt. No. 48). On November 5, 2024, this Court entered a preliminary order of forfeiture, ordering defendant Martin Blake Skarda to forfeit his interest in:

A. A Sten 9mm rifle bearing serial number 20132; and

B. Any ammunition and firearms parts or paraphernalia seized on November 19, 2019

(collectively "property subject to forfeiture").

The United States published notice of this forfeiture and the United States' intent to dispose of the property subject to forfeiture in accordance with the law as specified in the preliminary order of forfeiture. *See* Advertisement Certification (Dkt. No. 48-1). The United States posted its notice on the forfeiture website, internet address of www.forfeiture.gov for 30 consecutive days beginning on August 13, 2025, and ending on September 11, 2025. Further, the United States also made reasonable efforts to identify and give direct notice of this forfeiture to all persons who reasonably appear to have standing to contest this forfeiture in an ancillary proceeding. No one has filed a claim to the property subject to forfeiture, and the time for filing claims has expired.

Now, the United States petitions the Court to enter a final order of forfeiture, which will vest all right, title, and interest in the United States. The United States also asks this Court to

authorize the United States to dispose of the property according to law.

The property subject to forfeiture is forfeited. The United States now has all right, title, and interest in the property. Any prior claims in and against the property subject to forfeiture are extinguished and declared void. The property shall be turned over to the United States and disposed of according to law. The Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

It is so ordered this 11th day of August, 2026.

Kristine G. Baker
Chief United States District Judge